# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**USA,**

        **Plaintiff,**

**v.**                                             **Case No: 6:12-cv-861-Orl-31GJK**

**TRIFACE INVESTMENTS, LLC,**

        **Defendant.**

## ORDER

      This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 41), filed April 1, 2013. Plaintiff will be allowed until **May 3, 2013**, to file a responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); see *Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Defendant may file a reply brief, not exceeding ten (10) pages, within fourteen (14) days after the response is served. ***In addition*** **to electronically filing exhibits in support of their papers, the parties are directed to provide chambers with a courtesy paper copy of any such exhibits.**

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 2, 2013.

                                                            **GREGORY A. PRESNELL**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party