UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION
Case No. 6:12-CV-00861-GAP-GJK

UNITED STATES OF AMERICA,

    Plaintiff,
v.

TRIFACE INVESTMENTS, LLC, a
Florida Limited Liability Company,

    Defendant.                /

TRIFACE INVESTMENTS, LLC a
Florida Limited Liability Company,

    Third-Party Plaintiff,
v.

ELITE TRUST & ESCROW COMPANY, LLC,
a Florida Limited Liability Company as
beneficiary of the Unit 104 Building 6178,
Central Park Condominium Land Trust,
AA HOME BUYERS, LLC, a Florida Limited
Liability Company as beneficiary of the
Unit 104 Building 6178, Central Park
Condominium Land Trust,

    Third-Party Defendants,        /

AA FLORIDA HOME BUYERS, a Florida
Limited Liability Company as beneficiary
of the Unit 104 Building 6178, Central Park
Condominium Land Trust,

    Fourth-Party Plaintiff,
v.

CENTRAL PARK, a METROWEST
CONDOMINIUM ASSOCIATION, INC.

    Fourth-Party Defendant.        /

## MOTION FOR COURT ORDERED MEDIATION

PLAINTIFF, UNITED STATES OF AMERICA ("HUD"), by and through its undersigned counsel, hereby moves this Court to enter an Order directing the Parties forthwith to submit this dispute to Mediation and in support thereof states as follows:

1. On November 27, 2012, this Court entered an Order directing the Parties to mediate. On February 15, 2013 the parties mediated but at that time, the Fourth Party Defendant, Central Park a Metrowest Condominium Association, Inc. had not yet appeared.

2. The mediation was unsuccessful, due in part to the Fourth Party defendant not being in the case.

3. HUD asserts that this cause of action is ripe for mediation, in that the parties are, and have been, sufficiently apprised of the facts and circumstances surrounding the proceedings herein to engage in settlement negotiations.

4. The undersigned has attempted to communicate with the other attorneys involved in the case but could not reach them in order to obtain agreement for this motion.

5. Mediation will be a cost effective means of exploring the resolution of these legal proceedings and would eliminate the need for future legal proceedings.

6. As such, UNITED STATES OF AMERICA requests the Court to order the parties to a mediation conference to be held at the earliest possible date and further requests mediation by a Magistrate Judge.

7. The undersigned has communicated with counsel for Fourth-Party Defendant, Central Park a Metrowest Condominium Association, Inc., and counsel has stated that he has no objection to this Motion.

WHEREFORE, UNITED STATES OF AMERICA hereby moves this Court for the entry of an Order directing the parties to submit to mediation at a date and time as set forth above.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g) the undersigned counsel hereby certifies that he has communicated with other parties regarding a resolution of the aforesaid Motion but has been unsuccessful in reaching agreement with all counsel as indicated above.

Dated: May 3, 2013.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to **Martin Scott Friedman, Esq.** Rose, Sundstrom & Bentley, LLP, Suite 4030, 766 N Sun Dr., Lake Mary, FL 32746-2554; (Email: mfriedman@sfflaw.com); **William E. Barfield, Esq.**, W. E. Barfield, P.A. 225 South Westmonte Dr., Suite 3000, Altamonte Springs, Fl 32714 (Email: wbarfield@wbarfieldlaw.com); and **Jacob Anthony Brainard, Esq.**, Business Law Group, Suite 375, 301 W Platt St., Tampa, FL 33606, (Email: jbrainard@blawgroup.com) on this 3rd day of May, 2013.

Becker & Poliakoff, P.A.
*Attorneys for Plaintiff*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
(305) 262-4433 Telephone
(305) 442-2232 Facsimile

By: /Steven M. Davis/
STEVEN M. DAVIS
Florida Bar # 894249

ACTIVE: U06092/336226:4685834_1