# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**USA,**

        **Plaintiff,**

**v.**                                       **Case No:  6:12-cv-861-Orl-31GJK**

**TRIFACE INVESTMENTS, LLC,**

        **Defendant.**

## ORDER

The Court, *sua sponte*, has reviewed the file in this case. On June 10, 2013, United States Magistrate Judge David A. Baker held a settlement conference during which the parties informed the Court that a settlement was reached (Doc. No. 58). It is, therefore

**ORDERED** that by July 16, 2013, the plaintiff shall show cause to the Court why this case should not be dismissed as to all parties pursuant to the settlement agreement. Failure to respond may result in the case being dismissed and closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2013.

                                                **GREGORY A. PRESNELL**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party