UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


Case No. 6:12-CV-00861-GAP-GJK


UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRIFACE INVESTMENTS, LLC, a
Florida Limited Liability Company,

    Defendant.

_____/


## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Plaintiff UNITED STATES OF AMERICA, on behalf of the Department of Housing and

Urban Development (HUD), files its response to Show Cause Order [D.E. 64] and states as

follows:

1.    The parties have settled.

2.    The settlement requires each of three Defendants to pay a sum of money to

Plaintiff. Two have complied. The third was delayed.

3.    The undersigned spoke with counsel for the third Defendant (condominium

association) who advised that the check should be delivered to Plaintiff this week.  Settlement

documents have been drafted and will be executed shortly thereafter.

4.    Based on the above, Plaintiff requests two additional weeks to conclude

settlement and dismiss the instant action.

WHEREFORE, for the above mentioned reasons, Plaintiff respectfully requests that the Court keep this matter pending for an additional two weeks while the parties conclude settlement.

Dated: July 17, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to **Martin Scott Friedman, Esq.** Rose, Sundstrom & Bentley, LLP, Suite 4030, 766 N Sun Dr., Lake Mary, FL 32746-2554; (Email: mfriedman@sfflaw.com); **Jacob Anthony Brainard, Esq.,** Business Law Group, Suite 375, 301 W Platt St., Tampa, FL 33606, (Email: jbrainard@blawgroup.com) and **Berry J. Walker, Jr., Esquire,** WALKER AND TUDHOPE, P.A., WALKER LAW FIRM, 225 South Westmonte Drive, Suite 3000 Altamonte Springs, FL 32714 (Email: berryw@walkerandtudhope.com) on this 17 July 2013.

Becker & Poliakoff, P.A.
*Attorneys for Plaintiff*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
(305) 262-4433 Telephone
(305) 442-2232 Facsimile

By: s/Steven M. Davis
STEVEN M. DAVIS
Florida Bar # 894249

ACTIVE: U06092/336226:4862710_1